UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

FERNANDO GABRIEL VERA NIEVES,

    Petitioner,

v.                                                                                                No. 6:26-CV-103-H

ROBERT CERNA, et al.,

    Respondents.

## ORDER

Before the Court is the petitioner's notice of voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Dkt. No. 8. The notice is approved. The petitioner's claims against the respondents are dismissed without prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorneys' fees.

So ordered on April ____, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE